IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WA'IL MANSUR MUHANNAD,<br>a/k/a ANTHONY L. AUSTIN,<br><br>　　　　　　　Defendant. | 8:88CR102 |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

　　The defendant Wa'il Mansur Muhannad a/k/a Anthony L. Austin, is presently incarcerated at the Douglas County Department of Corrections. A hearing is scheduled on **April 25, 2013, at 3:00 p.m**., before the undersigned, Courtroom No. 3, Roman Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska.

　　IT IS ORDERED that the Clerk of this Court is ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Director of Corrections, Douglas County Department of Corrections, Omaha, Nebraska, and United States Marshals Service, for the appearance of said defendant as requested above and for such other proceedings as the court may direct.

　　DATED:  April 23, 2013

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WA'IL MANSUR MUHANNAD,<br>a/k/a ANTHONY L. AUSTIN,<br><br>               Defendant. | 8:88CR102 |

**WRIT OF HABEAS CORPUS AD PROSEQUEDUM**

TO:    DIRECTOR OF CORRECTIONS, MARK FOXALL
         DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
         ANY OTHER PERSON HAVING CUSTODY OF THE ABOVE-NAMED INDIVIDUAL;
         UNITED STATES MARSHALS SERVICE:

      We command that you have, now detained in the Douglas County Department of Corrections, Omaha, Nebraska, under safe and secure conduct, before U.S. District Judge Joseph Bataillon, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, Nebraska, on **April 25, 2013, at 3:00 p.m**., for the purpose of a hearing, and from time to time thereafter for further proceedings in said matter, and upon conclusion thereof to return said defendant to the custody from which he came under safe and secure conduct in accordance with the law and have you then this writ.

WITNESS THE UNITED STATES JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA THIS 23rd DAY OF APRIL, 2013.

                                                      DENISE LUCKS, CLERK,
                                                      UNITED STATES DISTRICT COURT

                                                      FOR THE DISTRICT OF NEBRASKA


                                                      By_____
                                                             Deputy