IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY L. AUSTIN, a/k/a. WA'IL MUHANNAD,<br><br>        Defendant. | **8:88CR102**<br><br>**ORDER** |

This matter is before the court on defendant Wa'il Muhannad's Motion for Declaratory Judgment, Filing No. 163, and brief in support, Filing No. 169. The court has reviewed these filings and determines that the government should answer the same.

THEREFORE, IT IS ORDERED that the government shall file a response to the defendant's Motion for Declaratory and Injunctive Relief, Filing No. 163, on or before July 22, 2013. The defendant must file any reply brief within 14 days following the filing of the government's brief.

Dated this 3rd day of July, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge